In the Matter of the Claim of ELIZABETH SULLIVAN, Appellant, against TOWN OF BABYLON, SUFFOLK COUNTY, et al, Respondents.

Argued January 3, 1951; decided January 18, 1951.

*John J. Hulleron, Jr.,* for appellant.

*Charles J. Boettjer* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.